BROWN
v.
CULNON.

Rec. 1763.
Fol. 10.

A Town may recover of an Individual Money advanced by the Overfeers of the Poor for the neceffary Support of his Wife and Children.

Brown *verf.* Culnon.

*(From Middlefex.)*

UPON a fpecial Verdict, which was: "The "Jury find that the Overfeers of the Poor in "the Abfence of the Defendant and without his "Requeft advanced for the neceffary Support of the "Defendant's Wife and Children a certain Sum, and "if by Law the Plaintiff as Treafurer of the Town "ought to recover the fame back from the Defend-"ant, they find for the Plaintiff — otherwife, for the "Defendant."

*Judgment that the Defendant is liable.* (1.)

—————

(1) S. P. *Hanover* v. *Turner*, 14 Mafs. 227. *New Bedford* v. *Chace*, 5 Gray, 28. But the town cannot recover for fupplies fuitable to the wife's condition in life, beyond her neceffary fupport as a pauper. *Monfon* v. *Williams*, 6 Gray, 416.